Elkie Lee TAYLOR, Petitioner–
Appellant,

v.

Janie COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellee.

No. 01–11044.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2002.

James A. Rasmussen, Wichita Falls, TX, for Petitioner–Appellant.

Amy Wilson, Austin TX, for Respondent–Appellee.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:

For essentially the reasons stated by the trial court in its July 13, 2001 opinion, the request for a certificate of appealability is denied.